# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149599(104)

BANK OF AMERICA, N.A.,
          Plaintiff-Appellant,

v

FIRST AMERICAN TITLE INSURANCE
COMPANY, PATRIOT TITLE AGENCY, KIRK
D. SCHIEB, WESTMINSTER ABSTRACT
COMPANY, WESTMINSTER TITLE AGENCY,
INC., PRIME FINANCIAL GROUP, INC.,
VALENTINO M. TRABUCCHI, PAMELA S.
NOTTURNO, f/k/a PAMELA S. SIIRA,
DOUGLAS K. SMITH, JOSHUA J. GRIGGS,
STATE VALUE APPRAISALS, LLC, NATHAN
B. HOGAN, and CHRISTINE D. MAYS,
          Defendants-Appellees,
and

FRED MATSON, MICHAEL LYNETT, JO KAY
JAMES, and PAUL SMITH,
          Defendants.
_____/

SC: 149599
COA: 307756
Oakland CC: 2010-112606-CK

      On order of the Chief Justice, the motion of plaintiff-appellant for leave to file a second supplemental authority letter is GRANTED. The second supplemental authority letter submitted on August 24, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____September 1, 2015_____



Clerk